UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HITENDRASINH PARMAR,

                Plaintiff,

-against-

FULTON FAMILY PHARMACY INC., GS PHARMACY LLC, WELLCARE PHARMACY LLC, DILIP LAVANI, and GITA LAVANI,

                Defendants.

**ORDER**

21 Civ. 7826 (ER)

The court-ordered mediation in this case was held and agreement was reached on all issues. Doc. 27. The parties are directed to submit a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) no later than **June 24, 2022**.

    SO ORDERED.

Dated:   June 10, 2022
           New York, New York

                                            Edgardo Ramos, U.S.D.J.